**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**
**LAS CRUCES DIVISION**

| | | |
|---|---|---|
| **HILDA STREICHER,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 2:17-cv-00961-GBW-KRS |
| | § | |
| **FEDERATED MUTUAL** | § | |
| **INSURANCE COMPANY,** | § | |
| Defendant | § | |
| | § | |
| | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Hilda Streicher, and Defendant, Federated Mutual Insurance Company, hereby notify the court that they have reached a resolution of this matter and therefore jointly request that all pending procedural deadlines be vacated. When the parties have completed the settlement paperwork, they will file a stipulation and proposed order for dismissal. The parties anticipate completing that process within the next 30 days.

Respectfully Submitted,

**RUHMANN LAW FIRM**
5915 Silver Springs, Bldg. #1
El Paso, Texas 79912
(915) 845-4529
(915) 845-4534 Fax
cruhmann@ruhmannlaw.com
janderson@ruhmannlaw.com

By: /s/ JL Anderson
**CHARLES J. RUHMANN, IV**
**JOHN LOMAX ANDERSON**
*Attorneys for Plaintiff,*
*Hilda Streicher*

and:

**RODEY, DICKASON, SLOAN, AKIN & ROBB**
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
FAX: (505) 768-7395
cvigil@rodey.com

By: /s/ Charles J. Vigil
Charles J. Vigil
*Attorneys for Defendant,*
*Federated Mutual Insurance Company*

**Certificate of Service**

    I hereby certify that on December 5, 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ JL Anderson
**JOHN LOMAX ANDERSON**

2