IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HILDA STREICHER,

    Plaintiff,

v.        No. 2:17-cv-00961-KG-KRS

FEDERATED MUTUAL INSURANCE
COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court upon the Stipulation of Dismissal ("Stipulation") filed by Plaintiff Hilda Streicher ("Plaintiff") and Defendant Federated Mutual Insurance Company ("Defendant"), and the Court, having reviewed the Stipulation and being fully advised in the premises, FINDS and CONCLUDES that:

1. The Court has jurisdiction over the parties to and the subject matter of the above-captioned cause of action;

2. The Stipulation is well taken and should be approved.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Stipulation shall be and hereby is approved and that the above-captioned cause of action shall be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

Approved:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By _____*/s/ Charles J. Vigil*_____
  Charles J. Vigil
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
FAX:  (505) 768-7395
cvigil@rodey.com
*Attorneys for Defendant*


RUHMANN LAW FIRM

By _____*Approved \*/\*/2018*_____
  Charles J. Ruhmann, IV
  John Lomax Anderson
5915 Silver Springs, Bldg. #1
El Paso, TX 79912
Telephone:  (915) 845-4529
FAX: (915) 845-4534
cruhmann@ruhmannlaw.com
janderson@ruhmannlaw.com